## TRAVIS v. UNITED STATES.

### APPEAL FROM THE COURT OF CLAIMS.

No. 84.  Argued December 7, 8, 1904.—Decided January 9, 1905.

*Slavens* v. *United States*, p. 229, *ante*, followed.

THE facts are stated in the opinion.

*Mr. A. A. Hoehling, Jr.*, for appellant.

*Mr. Special Attorney Joseph Stewart*, with whom *Mr. Assistant Attorney General Pradt* was on the brief, for the United States.

MR. JUSTICE DAY delivered the opinion of the court.

This case was argued with *Slavens* v. *United States*, No. 228, just decided. It involves the same question as to the right of the Postmaster General to terminate a mail contract. The Court of Claims dismissed the petition. 38 C. Cl. 590. For the reasons stated in the opinion in the *Slavens* case, the judgment of the Court of Claims is

*Affirmed.*